THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. CATHCART, Appellant.— Appeal

Herlihy, P. J., Reynolds, Greenblott, Sweeney and Simons, JJ., concur.